UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| JESUS OSWALDO ARGUETA | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| | ) | No. 5:19-CV-84-FL |
| FSC II, LLC *d/b/a Fred Smith Company* | ) | |
| Defendant. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge on review of plaintiff's status regarding filing of amended pleadings and service on defendant.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered November 26, 2019, that this case is dismissed for plaintiff's failure to amend his complaint and obtain service of the complaint upon defendant FSC II.

**This Judgment Filed and Entered on January 2, 2020, and Copies To:**
Jesus Oswaldo Argueat (Via US Mail) 408 W F Street, Erwin, NC 28339
Robert A. Star / Alyssa Riggins (via CM/ECF Notice of Electronic Filing)

January 2, 2020                              PETER A. MOORE, JR., CLERK

                                                          /s/ Sandra K. Collins
                                                      (By) Sandra K. Collins, Deputy Clerk